IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40068
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL ROLDAN-CRUZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-343-1
- - - - - - - - - -
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Daniel
Roldan-Cruz has requested leave to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Roldan-Cruz has not responded to the motion.  Our independent
review of the brief and the record discloses no nonfrivolous
issue for appeal.  Counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the appeal is DISMISSED.

MOTION GRANTED; APPEAL DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.